**LOCAL BANKRUPTCY FORM 3015-3(a)**

## United States Bankruptcy Court
### Middle District of Pennsylvania

|  |  |  |  |
|---|---|---|---|
| In re | William Daniel Carter<br>Lesa Jayne Carter | Case No. | 1:22-BK-02418-HWV |
|  | Debtor(s) | Chapter | 13 |

**CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS**

*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, _William Daniel Carter_ , upon oath or affirmation, hereby certify as follows:

1.   That the below information is being supplied for compliance with the confirmation hearing date on _March 8, 2023_ .

2.   That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C § 1325(a)(8).

3.   That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4.   If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED:   January 26, 2023

BY:   /s/ Paul D. Murphy-Ahles
Paul D. Murphy-Ahles 201207
Counsel for Debtor

DATED:   January 26, 2023

BY:   /s/ William Daniel Carter
William Daniel Carter
Debtor