United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
William Daniel Carter  
Lesa Jayne Carter  
    Debtors

Case No. 22-02418-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 27, 2023      Form ID: ntcnfhrg      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Daniel Carter, Lesa Jayne Carter, 1030 Hastings Boulevard, York, PA 17402-7518 |
| 5511496 | + | CBNA / Costco, PO Box 6500, Sioux Falls, SD 57117-6500 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2023 18:53:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5511492 | + | Email/PDF: bncnotices@becket-lee.com | Jan 27 2023 18:53:07 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5517186 | | Email/PDF: bncnotices@becket-lee.com | Jan 27 2023 18:53:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5511493 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 27 2023 18:49:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5511497 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 18:53:07 | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5511495 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2023 18:53:15 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5516527 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2023 18:53:02 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5511498 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 18:53:18 | Citibank, NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5511499 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2023 18:49:00 | Comenity Bank / Ulta, Attn: Bankruptcy Department, PO Box 183003, Columbus, OH 43218-3003 |
| 5511500 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 18:53:18 | DSNB / Macy's, PO Box 8218, Mason, OH 45040 |
| 5511502 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 27 2023 18:49:00 | First Bank & Trust / Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 5511503 | + | Email/Text: bankruptcy@huntington.com | Jan 27 2023 18:49:00 | Huntington Bank, 41 South High Street, Columbus, OH 43215-3406 |
| 5511504 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Jan 27 2023 18:49:00 | Indiana Department of Revenue, 100 North Senate Avenue, Indianapolis, IN 46204 |
| 5514711 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2023 18:53:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5511505 | + | Email/Text: bk@lendingclub.com | Jan 27 2023 18:49:18 | LendingClub Corporation, 71 Stevenson Street, |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5513697 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 27 2023 18:53:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5511506 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 27 2023 18:49:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5511507 | | Email/PDF: cbp@onemainfinancial.com | Jan 27 2023 18:53:10 | OneMain Financial, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5511494 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2023 18:49:00 | BBVA Compass, 5 South 20th STreet, Birmingham, AL 35233 |
| 5511508 | + | Email/PDF: ebnotices@pnmac.com | Jan 27 2023 18:53:12 | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5517781 | + | Email/PDF: ebnotices@pnmac.com | Jan 27 2023 18:53:18 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5511509 | ^ | MEBN | Jan 27 2023 18:43:42 | Receivables Management Partners, PO Box 630844, Cincinnati, OH 45263-0844 |
| 5511718 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 18:53:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5511510 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 18:53:15 | Synchrony Bank / Amazon, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5511511 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 18:53:16 | Synchrony Bank / Care Credit, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5511512 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 18:53:02 | Synchrony Bank / Gap, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5511513 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 18:53:09 | Synchrony Bank / HHGregg, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5511514 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 18:53:09 | Synchrony Bank / Lowe's, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 5511515 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 18:53:09 | Synchrony Bank / PayPal Extras, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5511516 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 18:53:16 | Synchrony Bank / Sam's Club, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5511517 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 18:53:15 | Synchrony Bank / Walmart, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5511518 | + | Email/Text: bncmail@w-legal.com | Jan 27 2023 18:49:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5512526 | + | Email/Text: bankruptcy@huntington.com | Jan 27 2023 18:49:00 | The Huntington National Bank, PO Box 89424, OPC 856, Cleveland, OH 44101-6424 |
| 5511519 | | Email/Text: bknotice@upgrade.com | Jan 27 2023 18:48:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 5511501 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 27 2023 18:49:00 | Elan Financial Services, PO Box 790408, Saint Louis, MO 63179-0408 |
| 5511521 | | Email/Text: bkelectronicnotices@usaa.com | Jan 27 2023 18:48:00 | USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-9876 |
| 5511520 | + | Email/Text: LCI@upstart.com | Jan 27 2023 18:49:00 | Upstart, PO Box 1503, San Carlos, CA 94070-7503 |

Note: top of page shows "Suite 300, San Francisco, CA 94105-2985" as continuation of prior entry.

5512135 ^ MEBN
                                            Jan 27 2023 18:43:54      Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5513467 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 William Daniel Carter pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Lesa Jayne Carter pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William Daniel Carter, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:22−bk−02418−HWV |
| Lesa Jayne Carter, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**March 1, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 8, 2023<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 27, 2023 |

ntcnfhrg (08/21)