# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William Daniel Carter, **Debtor 1** | Chapter 13 |
| Lesa Jayne Carter, **Debtor 2** | Case No. 1:22–bk–02418–HWV |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on December 16, 2022. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: March 9, 2023

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| William Daniel Carter<br>**Debtor 1**<br>Lesa Jayne Carter<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:22-BK-02418-HWV<br><br>**Matter:** Order Confirming Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, March 10, 2023, I served a true and correct copy of the **Order Confirming Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:22-bk-02418-HWV
Middle District of Pennsylvania
Harrisburg
Fri Mar 10 10:32:35 EST 2023

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737

American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

CBNA / Costco
PO Box 6500
Sioux Falls, SD 57117-6500

CBNA / The Home Depot
PO Box 6497
Sioux Falls, SD 57117-6497

Capital One Bank USA, NA
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

Citibank, NA
PO Box 6241
Sioux Falls, SD 57117-6241

Comenity Bank / Ulta
Attn: Bankruptcy Department
PO Box 183003
Columbus, OH 43218-3003

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

First Bank & Trust / Mercury
PO Box 84064
Columbus, GA 31908-4064

Huntington Bank
41 South High Street
Columbus, OH 43215-3406

(p)INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LendingClub Bank, NA
P.O. BOX 884268
Los Angeles, CA 90088-4268

LendingClub Corporation
71 Stevenson Street, Suite 300
San Francisco, CA 94105-2985

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

NAVY FEDERAL CREDIT UNION
P. O. BOX 3000
MERRIFIELD, VA 22119-3000

OneMain Financial
601 NW 2nd Street
PO Box 3251
Evansville, IN 47731-3251

PennyMac Loan Services, LLC
PO Box 514387
Los Angeles, CA 90051-4387

PennyMac Loan Services, LLC.
P.O. Box 2410
Moorpark, CA 93020-2410

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Mercury Financial/First Bank & Trust<br>PO Box 788<br>Kirkland, WA  98083-0788 | Receivables Management Partners<br>PO Box 630844<br>Cincinnati, OH 45263-0844 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank / Amazon<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank / Care Credit<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank / Gap<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank / HHGregg<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank / Lowe's<br>Attn: Bankruptcy Department<br>PO Box 965061<br>Orlando, FL 32896-5061 | Synchrony Bank / PayPal Extras<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank / Sam's Club<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank / Walmart<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | TD Bank USA / Target Card<br>PO Box 673<br>Minneapolis, MN 55440-0673 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | The Huntington National Bank<br>PO Box 89424<br>OPC 856<br>Cleveland, OH 44101-6424 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 |
| USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antonio, TX 78288-9876 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | (p)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 |
| Upstart<br>PO Box 1503<br>San Carlos, CA 94070-7503 | Upstart Network, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Lesa Jayne Carter<br>1030 Hastings Boulevard<br>York, PA 17402-7518 | Paul Donald Murphy-Ahles<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706 | William Daniel Carter<br>1030 Hastings Boulevard<br>York, PA 17402-7518 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BBVA Compass<br>5 South 20th STreet<br>Birmingham, AL 35233 | DSNB / Macy's<br>PO Box 8218<br>Mason, OH 45040 | Elan Financial Services<br>PO Box 790408<br>Saint Louis, MO 63179-0408 |

| Indiana Department of Revenue<br>100 North Senate Avenue<br>Indianapolis, IN 46204 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | (d)PNC Bank, National Association<br>PO BOX 94982<br>Cleveland, OH 44101 |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | Upgrade, Inc.<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)PENNYMAC LOAN SERVICES, LLC | (d)Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 | End of Label Matrix<br>Mailable recipients     53<br>Bypassed recipients      2<br>Total                   55 |
|---|---|---|