Certificate Number: 12433-PAM-DE-039300841

Bankruptcy Case Number: 22-02418



12433-PAM-DE-039300841

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on February 2, 2025, at 3:28 o'clock PM EST, Lesa Carter completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 3, 2025      By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher