Certificate Number: 12433-PAM-DE-039300839

Bankruptcy Case Number: 22-02418



12433-PAM-DE-039300839

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 2, 2025, at 3:28 o'clock PM EST, William Carter completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 3, 2025         By:   /s/Lisa Susoev

                               Name: Lisa Susoev

                               Title: Teacher