IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Middle District of Pennsylvania
HARRISBURG DIVISION


IN RE: LESA JAYNE CARTER and WILLIAM DANIEL CARTER

CASE NO. 1-22-BK-02418

CLAIM: 1


## **NOTICE OF CHANGE OF ADDRESS BY A CREDITOR**


COMES NOW, Upstart Network, Inc hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:


**Upstart Network, Inc**
**PO BOX 1931**
**Burlingame Ca 94011**


To the new address below:

**Upstart Network, Inc**
**c/o Peritus Portfolio Services II, LLC**
**P.O. Box 1149**
**GRAPEVINE TX 76099**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.


/s/ Steve Hornbeck                                         Date: 3/17/2026
Steve Hornbeck
Telephone: (866) 831-5954

**LIMITED POWER OF ATTORNEY**

KNOW ALL PEOPLE BY THESE PRESENTS:

The undersigned hereby constitutes and appoints Peritus Portfolio Services II, LLC ("Agent") as its limited true and lawful agent and attorney in fact to act in its name and stead or on its behalf with authority to do only the following acts with respect to Loan Agreements and related rights which Agent services for Upstart Network Inc.(Client) (the Loan Agreements and related rights are referred to herein as the "Property"):

After the date hereof:

1. Agent can receive, endorse and collect all payments made payable to or owed to Upstart Network Inc. in connection with the Property, including, but not limited to, any payments received from a Chapter 7 and Chapter 13 bankruptcy trustee.

2. Agent can take any and all actions necessary to perform such Bankruptcy Claim services for Client, including preparation and filing of claims, in Bankruptcy cases pursuant to a contract for services between Client and Peritus Portfolio Services II LLC.

3. Agent can pursue litigation in connection with the services of bankrupt accounts pursuant to a contract for services between Client and Peritus Portfolio Services II LLC.

This power of attorney is made on _5 March 2024_ .

Client: Upstart Network Inc.

By: _Scott Darling_

_Chief Legal Officer_
Position

STATE OF                    )

COUNTY OF                  )

I, _____, a Notary Public in and for said County, in said State, do hereby certify that the person personally know to me to be the same person whose name is subscribed to the foregoing instrument has appeared before me this day in person and acknowledged that he/she signed and delivered such instrument as his/her free and voluntary act for the uses and purposes therein set forth.
Given under my hand and official seal this _____ day of _____, 2026.

_____
Notary Public, State of _____
Commission Expires _____

*SEE ATTACHED*

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of **SANTA CLARA** }

On **03/05/2026** before me, **ROY B. RIMANDO, NOTARY PUBLIC**,
*Date* *Here Insert Name and Title of the Officer*
personally appeared **SCOTT LEE DARLING**
*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

ROY B. RIMANDO
Notary Public - California
San Mateo County
Commission # 2444168
My Comm. Expires Apr 13, 2027

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
*Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

———————————— **OPTIONAL** ————————————
*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: **LIMITED POWER OF ATTORNEY**
Document Date: **03/05/2026** Number of Pages: _____
Signer(s) Other Than Named Above: **NO OTHER SIGNERS**

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
□ Corporate Officer – Title(s): _____
□ Partner – □ Limited □ General
□ Individual □ Attorney in Fact
□ Trustee □ Guardian or Conservator
□ Other: _____
Signer is Representing: _____

Signer's Name: _____
□ Corporate Officer – Title(s): _____
□ Partner – □ Limited □ General
□ Individual □ Attorney in Fact
□ Trustee □ Guardian or Conservator
□ Other: _____
Signer is Representing: _____

©2019 National Notary Association

M1304-09 (11/20)